UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESERIA R. GRIFFIN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ENDICOTT COIL COMPANY, INC.,<br><br>　　　　　Defendant. | Case No.: 3:22-cv-01128-MAD-ML |

**NOTICE OF UNOPPOSED MOTION FOR: (1) PRELIMINARY APPROVAL OF SETTLEMENT; (2) CONDITIONAL CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS; (3) APPOINTMENT OF McLAUGHLIN & STERN, LLP AS CLASS COUNSEL; (4) APPROVAL OF THE PROPOSED NOTICE OF SETTLEMENT; AND (5) SCHEDULING A FAIRNESS HEARING FOR FINAL APPROVAL OF THE SETTLEMENT**

**PLEASE TAKE NOTICE** that upon the Declaration of Jason S. Giaimo dated August 17, 2023, together with the exhibits annexed thereto, and the accompanying Memorandum of Law, together with all prior pleadings and proceedings had herein, Plaintiff, by and through her undersigned counsel, shall move this Court, Honorable Mae A. D'Agostino, United States District Judge, 445 Broadway, Albany, New York 12207, on a date to be determined by the Court, for an Order as follows: (1) granting preliminary approval of the Settlement on the terms set forth in the Settlement Agreement and Release, which is attached as Exhibit 1 to the Declaration of Jason S. Giaimo; (2) conditionally certifying the proposed settlement class, for settlement purposes only, under Federal Rule of Civil Procedure 23(b)(3); (3) appointing McLaughlin & Stern, LLP as Class Counsel; (4) approving the proposed Notice of Settlement and Claim Form attached as Exhibits 2 and 3 to the Declaration of Jason S. Giaimo, and directing their distribution; and (5) scheduling a fairness hearing for final approval of the Settlement.

{N0634082.1}

Dated: New York, New York
August 17, 2023

                                                  McLAUGHLIN & STERN, LLP

                                                  By: */s/ Jason S. Giaimo*
                                                        Jason S. Giaimo
                                                         Lee S. Shalov
                                                        Brett R. Gallaway
                                                260 Madison Avenue
                                                New York, New York 10016
                                                Tel.: (212) 448-1100
                                                jgiaimo@mclaughlinstern.com
                                                lshalov@mclaughlinstern.com
                                                bgallaway@mclaughlinstern.com

                                                *Attorneys for Plaintiff*