UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESERIA R. GRIFFIN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>ENDICOTT COIL COMPANY, INC.,<br><br>                    Defendant. | Case No.: 3:22-cv-01128-MAD-ML |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR: (1) FINAL APPROVAL OF SETTLEMENT; (2) CERTIFICATION OF THE SETTLEMENT CLASS; AND (3) ENTRY OF JUDGMENT**

**PLEASE TAKE NOTICE** that upon the Declaration of Jason S. Giaimo dated March 21, 2024; the Declaration of Brett R. Gallaway dated March 8, 2024 (Dkt. No. 39-2); the Affirmation of Barry J. Peek dated March 20, 2024; the Affidavit of Barry J. Peek dated January 23, 2024; and the accompanying Memorandum of Law in Support of Unopposed Motion for Final Approval of Settlement dated March 21, 2024, together with all prior pleadings and proceedings had herein, Plaintiff, by and through her undersigned counsel, shall move this Court, Honorable Mae A. D'Agostino, United States District Judge, 445 Broadway, Albany, New York 12207, on April 9, 2024, for an Order as follows: (1) granting final approval of the Settlement on the terms set forth in the Settlement Agreement and Release (the "Settlement Agreement") (Dkt. No. 33-3); (2) certifying the settlement class for settlement purposes pursuant to Rule 23 of the Federal Rules of Civil Procedure; and (3) entering judgment in accordance with the Settlement Agreement.

*[Remainder of page left intentionally blank]*

{N0700251.1}

Dated: New York, New York
March 21, 2024

                                    McLAUGHLIN & STERN, LLP

                                    By: */s/ Jason S. Giaimo*
                                           Jason S. Giaimo
                                           Lee S. Shalov
                                           Brett R. Gallaway
                                  260 Madison Avenue
                                  New York, New York 10016
                                  Tel.: (212) 448-1100
                                  jgiaimo@mclaughlinstern.com
                                  lshalov@mclaughlinstern.com
                                  bgallaway@mclaughlinstern.com

                                  *Attorneys for Plaintiff and the Class*